AO 246 (Rev. 01/14- Fresno) Probation Order Under 18 U.S.C. § 3607

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

**FILED**
MAY 16 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 1:18-PO-00303-SAB |
| AMADEU J. GONCALVES | ) |
| | ) |
| *Defendant* | ) |

## PROBATION ORDER UNDER 18 U.S.C. § 3607

The defendant having been found guilty of an offense described under 36 CFR 2.35(b)(2), and it appearing that the defendant (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED:** The defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of 1 YEAR, expiring on MAY 15, 2020, without a judgment of conviction first being entered. The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by Counsel, your counsel of any change of address and contact number.
4. The defendant must participate in a drug education program of at least 6 HOURS and provide proof of participation to the Court by November 15, 2019.
5. The Defendant shall abstain from the use or possession of any controlled substance unless prescribed for Defendant's use by a Licensed Medical Doctor who is advised in writing of this condition of probation. The Defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered. However, medicinal marijuana, prescribed or not, may not be used.

Date: 5/16/2019

_____
STANLEY A. BOONE
*United States Magistrate Judge*

---

### Defendant's Consent

I have read the proposed probation order under 18 U.S.C. § 3607 and the conditions of probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the order.

I also understand that, if I have not violated any condition of my probation, the court, without entering a judgment of conviction, (1) may dismiss the proceedings and discharge me from probation before the expiration of the term of probation, or (2) must dismiss the proceedings and discharge me from probation at the expiration of the term of probation.

_____
*Signature of Defendant*

_____
*Signature of Defendant's Attorney*

## Conditions of Probation

While on probation, you must also:

1. The Defendant shall pay a fine of $250.00 and a special assessment of $10.00 and a Processing Fee of $30.00 for a total financial obligation of $290.00 to be paid in full by JUNE 15, 2019. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

    CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    Philadelphia, PA 19176-1363
    1-800-827-2982

2. The Defendant is ordered to personally appear for a Probation Review Hearing on MAY 7, 2020 at 10:00 am before U.S. Magistrate Judge Stanley Boone. A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review Hearing.

    **OTHER**

3. The Defendant shall go to U.S. Marshals for processing.