# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>AMADEU GONCALVES III,<br><br>                Defendant. | Case No. 1:18-po-00303-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of Controlled Substance in violation of 36 C.F.R. Section 2.35(b)(2) |
| **Sentence Date:** | May 16, 2019 |
| **Review Hearing Date:** | May 7, 2020 |
| **Probation Expires On:** | May 15, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

☒ **Monetary Fines & Penalties in Total Amount of:** $290 which Total Amount is made up of a Fine: $ 250  Processing Fee: $30  Special Assessment: $10.

☐ Community Service hours Imposed of: 0

☐ Other Conditions: complete 6 hours of drug education by November 15, 2019

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid his entire financial penalty, a total of $ 290.00

☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
   Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:  Mr. Goncalves is in the process of completing an 8 hour drug education course.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:


DATED:  May 4, 2020                     */s/ William Taylor*
                                        WILLIAM TAYLOR
                                        Special Assistant United States Attorney


## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/7/2020 at 10:00 a.m.

  ☐ be continued to _____ at 10:00 a.m.; or

  ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.


DATED: May 4, 2020                      */s/ Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant

**ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that hearing scheduled for May 7, 2020, be vacated.

☒ DENIED.

IT IS SO ORDERED.

Dated:   **May 4, 2020**

_____
UNITED STATES MAGISTRATE JUDGE