# UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00303-SAB |
| Plaintiff, | **DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |
| v. | |
| AMADEU GONCALVES III, | |
| Defendant. | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of Controlled Substance in violation of 36 C.F.R. Section 2.35(b)(2) |
| **Sentence Date:** | May 16, 2019 |
| **Review Hearing Date:** | May 7, 2020 |
| **Probation Expires On:** | May 15, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number.

☒ **Monetary Fines & Penalties in Total Amount of:** $290 which Total Amount is made up of a Fine: $ 250  Processing Fee: $30  Special Assessment: $10.

☐ Community Service hours Imposed of: 0

☐ Other Conditions: complete 6 hours of drug education by November 15, 2019

☐        Defendant has complied with and completed <u>all</u> conditions of probation described-above.

        **<u>Otherwise:</u>**

☐        Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒        To date, Defendant has paid his entire financial penalty, a total of $ 290.00

        ☐ If not paid in full when was last time payment:      Date: Click here to enter a date.
                                              Amount:

☐        To date, Defendant has performed Click here to enter text. hours of community service.

☒        Compliance with Other Conditions of Probation:  Mr. Goncalves completed an 8 hour drug education course.  See attached certificate.

## *<u>GOVERNMENT POSITION:</u>*

☒        The Government agrees to the above-described compliance.

☐        The Government disagrees with the following area(s) of compliance:

DATED:  May 5, 2020                */s/ William Taylor*_____
                                      WILLIAM TAYLOR
                                    Special Assistant United States Attorney

## *<u>DEFENDANT'S REQUEST (OPTIONAL):</u>*

        In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 5/7/2020 at 10:00 a.m.

        ☐        be continued to _____ at 10:00 a.m.; or

        ☒        be vacated.

☐        that Defendant's  appearance for the review hearing be waived.

DATED: May 5, 2020                */s/ Matthew Lemke*_____
                                    MATTHEW LEMKE
                                    Assistant Federal Defender
                                    Attorney for Defendant

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒      GRANTED.  The Court orders that the Review Hearing be vacated.

☐      DENIED.


IT IS SO ORDERED.

Dated:   **May 6, 2020**      _____

UNITED STATES MAGISTRATE JUDGE