# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMADEU J. GONCALVES, III,<br><br>    Defendant. | Case No. 1:18-po-00303-SAB<br><br>ORDER GRANTING MOTION FOR DISMISSAL AND DISMISSING ACTION |

On May 16, 2019, Defendant Amadeu J. Goncalves, III received a deferred entry of judgment for one year pursuant to 18 U.S.C. § 3607(a). A probation review hearing was set for May 7, 2020. On May 6, 2020, the Court considered Defendant's status report and the May 7, 2020 hearing was vacated. On May 22, 2020, a motion to dismiss the matter and withdraw Defendant's guilty plea was filed. Pursuant to the motion to dismiss, Defendant has completed all the terms of his probation and the parties move to withdraw his guilty plea and dismiss the matter.

Although the current motion states that this was a conditional plea agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the defendant received deferred entry of judgment pursuant to 18 U.S.C. § 3607(a). As relevant here, section 3607(a) states that for certain drug offenses,

> the court may, with the consent of such person, place him on probation for a term of not more than one year without entering a judgment of conviction. At any time before the expiration of the term of probation, if the person has not violated a condition of his probation, the court may, without entering a judgment of conviction, dismiss the proceedings against the person and discharge him from probation. At the expiration of the term of probation, if the person has not violated a condition of his probation, the court shall, without entering a judgment

1

of conviction, dismiss the proceedings against the person and discharge him from probation.

18 U.S.C. § 3607(a)(2).

Accordingly, it is HEREBY ORDERED that, pursuant to 18 U.S.C. § 3607(a), these proceedings are DISMISSED and Defendant's term of probation is DISCHARGED. Pursuant to 18 U.S.C. § 3607(b), the United States of America shall retain a nonpublic record of this matter.

IT IS SO ORDERED.

Dated:   **May 26, 2020**

UNITED STATES MAGISTRATE JUDGE